FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

PD-0571-15

PD-0571-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/8/2015 2:59:39 PM
Accepted 5/12/2015 1:27:14 PM
ABEL ACOSTA
CLERK

NO. 11-13-00096-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **ELEVENTH COURT** |
| | § | |
| **VICTOR WHITE** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Victor White, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case was appealed to the 11th Court of Criminal Appeals.

2. The date of the 11th Court of Criminal Appeals' judgment was March 26, 2015.

3. The case below was styled 11-13-00096-CR; Victor White v. The State of Texas.

4. There were no motions for rehearing or en banc reconsideration filed with the court of appeals.

5. The deadline for filing a petition for discretionary review was April 27, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. May 27, 2015.

9. No prior extension to file a petition for discretionary review has been

filed in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Attorney for appellant failed to comply Rule 48.4 of the Texas Rules of Appellate Procedure. Attorney for Appellant received the opinion and judgment via email on March 27, 2015. However, Attorney for Appellant did not forward the opinion and judgment to the Appellant. Moreover, Attorney for Appellant did not inform Appellant of his right to file a petition for discretionary review under Rule 68 of the Texas Rules of Appellate Procedure. Once Attorney for Appellant learned of the error, the judgment and sentence, as well as a letter informing Appellant of his right to file a petition for discretionary review, were mailed to Appellant on April 23, 2015. These were delivered to Appellant's place of incarceration on April 28, 2015.

Attorney's error denied Appellant adequate time to review the judgment and opinion and prepare a pro se petition for discretionary review. An extension of 30 days to file a petition for discretionary review would give Appellant adequate time to proceed with a pro se petition if Appellant chooses to do so.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Thomas Duckworth Jr.
Attorney at Law

P.O. Box 796
Kermit, Texas 79745
Tel: (432) 553-6321
Fax: (432) 586-3535
Email: tduckworth.law@gmail.com


By: /s/ Thomas Duckworth Jr.
    Thomas Duckworth Jr.
    State Bar No. 24066661
    Attorney for Victor White


## CERTIFICATE OF SERVICE

This is to certify that on May 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Ector County, 300 N. Grant, Room 305, Odessa, Texas 79761, by facsimile to (432) 498-4293.


/s/ Thomas Duckworth Jr.
Thomas Duckworth Jr.